IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC** | § § § | |
| **VS.** | § § § § | Civil Action No. 2:12-cv-57 |
| **GREEN DOT CORPORATION** | § | |

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal With Prejudice, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 14th day of December, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE